OCTOBER 8, 1945

No. 6223.—

United States v. Nicholas Gal (Globe Shipping Co., Inc.).   Entered at New York, N. Y.   Reap. Dec. 6192 [United States v. Nicholas Gal et al., Reappraisement 129805-A, etc.]   Motion by appellant.